IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| VESTER BARRETT, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 6:09cv395 |
| ROYCE LEE CHESHIER, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Unopposed Motion for Summary Judgment (document #31) be granted and that the claims against Angel Ruiz Martinez be dismissed with prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Unopposed Motion for Summary Judgment (document #31) is **GRANTED** and that the claims against Angel Ruiz Martinez are **DISMISSED** with prejudice

**So ORDERED and SIGNED this 12th day of April, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**